# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JANE E. DAVIS, JANE E. DAVIS,     :    No. 477 MAL 2019
EXECUTRIX OF THE ESTATE OF ROBERT    :
N. DAVIS, DECEASED, L.P.D, MINOR,    :
C.N.D., MINOR, ROBERT N. DAVIS,    :    Petition for Allowance of Appeal
ESTATE, DECEASED,    :    from the Order of the Superior
   :    Court
                  Petitioners    :
   :
   :
              v.    :
   :
   :
   :
VOLKSWAGEN GROUP OF AMERICA,    :
INC., VOLKSWAGEN    :
AKTIENGESELLESCHAFT, ALSO KNOWN    :
AS VOLKSWAGEN AG AND THE ESTATE    :
OF ALFRED N. HANNA; HANNA'S AUTO &    :
TRUCK RECYCLING; HANNA AUTO    :
WORKS AND RECYCLING; AND HANNA    :
NORTH PARTNERSHIP,    :
   :
              Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.